IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LESLIE LEE, | CV-18-39-GF-BMM |
| Plaintiffs, | |
| vs. | **ORDER** |
| HEALTHCARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that a status report is due to the Court on or before August 22, 2019.

DATED this 7th day of August, 2019.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge